STATE v. HAMMOND

No. 523P93

Case below: 112 N.C.App. 454

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

STATE v. HAYES

No. 536P93

Case below: 112 N.C.App. 644

Petition by Gene Hayes for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

STATE v. HORTON

No. 513P93

Case below: 112 N.C.App. 545

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 January 1994.

STATE v. KENNEDY

No. 417P93

Case below: 111 N.C.App. 930

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

STATE v. MCNEIL

No. 37A87-3

Case below: Superior Court

Petition by Attorney General for writ of certiorari to review the decision of the Superior Court, Wake County, denied 2 December 1993.